IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02188-WYD-PAC

JOHN L. SIEBER and
SIEBER & COMPANY, INC., a Colorado corporation,

      Plaintiffs,

v.

PIVOTAL GROUP, INC., an Arizona corporation,,

      Defendant.
_____

### ORDER OF DISMISSAL
_____

      The parties filed a Stipulation for Dismissal with Prejudice (# 11) on January 16,

2006.  After a careful review of the Stipulation and the file, the Court concludes that the

case should be dismissed with prejudice.  Accordingly, it is

      ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to pay

his or its own costs and attorney's fees.

      Dated:  January 17, 2006

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        U. S. District Judge